> **Motion DENIED.**
> 1
> This the 26th day of June, 20 17.
> /s/Louise W. Flanagan, U.S. District Judge

```
                    UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF NORTH CAROLINA
```

FILED
JUN 05 2017
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

VICTOR MACEDO ROMAN

  Petitioner

VS.                                        Case No.7:05-CR-97-20FL

UNITED STATES OF AMERICA

  Respondent

_____/

**PRO SE MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582(C) (2)
(Retroactive Guideline Amendment 782)**

COMES NOW, The Petitioner, Victor Macedo Roman acting pro se, and do hereby respectfully moves this Honorable District Court for sentence reduction pursuant to **18 U.S.C. § 3582(c) (2)** and the new guideline **amendment 782** to the United States Sentencing Guidelines, which make a reduction in the base offense level for most drug offense retroactive as of November 1, 2014. And its applicability to drug trafficking offenses by changing how the base offense levels in Drug Quantity in §2D1.1.