UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:05-CR-097-FL-20

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| VICTOR ROMAN | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 947 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the 2nd day of January, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge